KATE PENDERGAST et al., Respondents, v. TRUSTEES OF ST. PATRICK'S CATHEDRAL IN THE CITY OF NEW YORK, Appellant.— Action by plaintiff wife to recover damages for personal injuries and by plaintiff husband for expenses and loss of services as a consequence of plaintiff wife's fall on a private path in a cemetery maintained by the defendant. Judgment for the plaintiffs unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *post,* p. 821.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ASH, Appellant.— Judgment of the County Court of Kings County, convicting the defendant of the crime of burglary in the second degree and sentencing him as a third offender to State prison under an indeterminate sentence, the maximum of which is thirty and the minimum seven years and six months, reversed on the law and a new trial ordered. The defendant did not testify in his own behalf, nor did he call any witnesses. The court in its charge stated: "I charge you that the testimony in this case is all on one side of the case. Not a single witness has been put on the stand by the defense." The court also charged: "The district attorney is not permitted to show in any case under these circumstances whether or not the defendant is a crook, and not a single character witness has been put on the stand for him." The court also, several times, referred to the fact that the testimony of the People's witnesses was uncontradicted. These palpable and serious errors, to which appropriate exceptions were taken, require a reversal of the judgment. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

MABEL M. ROHS, Suing on Behalf of Herself and All Other Stockholders of ROHS BROS., INC., Similarly Situated, Appellant, v. ROHS BROS., INC., et al., Respondents.— Action by a minority stockholder, suing in the right of a corporation, to correct alleged waste. Judgment for defendants unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ. [See *post,* p. 821.]